UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Oct 15  9 34 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

CHERYL COUDERT,

        Plaintiff,

v.

        Docket No. 303 CV 0324 (MRK)

JANNEY MONTGOMERY SCOTT, LLC,

        Defendant.        OCTOBER 14, 2003

## MOTION TO COMPEL AND FOR SANCTIONS

Defendant Janney Montgomery Scott, LLC ("JMS") hereby moves this Court, pursuant to Federal Rule of Civil Procedure 37, to compel discovery and, further, for an award of discovery sanctions. In support of this motion, JMS states as follows:

1. On July 2, 2003, JMS issued its First Set of Production Requests and First Set of Interrogatory Requests directed at Plaintiff;

2. Pursuant to Rules 33 and 34, responses were due August 1, 2003;

3. Plaintiff did not move for an extension of time nor did she object to any of the Interrogatory or Production Requests;

4. On September 17, 2003, counsel for JMS requested compliance with the outstanding Interrogatory and Production Requests;

5. Plaintiff ignored the September 17, 2003 correspondence (correspondence attached as Exhibit A); and

6.  As of the date of this Motion, compliance has not been made.

WHEREFORE, for all of the foregoing reasons, Defendant Janney Montgomery Scott, LLC respectfully requests that this Court:

A.  Order Plaintiff to respond in full, and without interjecting any objections, to Defendant's First Set of Production Requests dated July 2, 2003 and Defendant's First Set of Interrogatory Requests dated July 2, 2003;

B.  Order Plaintiff to pay Defendant the costs and expenses of this motion pursuant to Fed. R. Civ. Proc. 37.

THE DEFENDANT
JANNEY MONTGOMERY SCOTT, LLC
BY ITS ATTORNEYS,

_____
Marc L. Zaken (CT 03110)
mzaken@edwardsangell.com
John G. Stretton (CT 19902)
jstretton@edwardsangell.com
EDWARDS & ANGELL, LLP
Three Stamford Plaza
301 Tresser Boulevard
Stamford, CT 06901
(203) 353-6819

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion to Compel was mailed via first class mail, postage prepaid to counsel for the Plaintiff, addressed as follows:

Andrew B. Bowman, Esquire
1804 Post Road East
Westport, CT –688–

This 14th day of October 2003.

_____
John G. Stretton