```
                                                          FILED
                                                      Oct 23  3 09 PM '03
              UNITED STATES DISTRICT COURT   U.S. DISTRICT COURT
                    DISTRICT OF CONNECTICUT    NEW HAVEN, CONN.
```

CHERYL COUDERT,                    :

      Plaintiff,                 :

VS.                                :   DOCKET NO: 3:03CV0324(MRK)

JANNEY MONTGOMERY SCOTT,           :
LLC,

      Defendant               :   OCTOBER 20, 2003

### PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION TO COMPEL AND FOR SANCTIONS

Plaintiff objects to defendant's Motion to Compel for the reason that it is moot. Plaintiff has complied with defendant's first set of interrogatories and first request for production on October 21, 2003.

THE PLAINTIFF,

BY *[signature]*
ANDREW B. BOWMAN, ct00122
1804 Post Road East
Westport, CT 06880
(203) 259-0599
(203) 255-2570 (Fax)

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid on this 22nd day of October, 2003 to:

Marc L. Zaken
John G. Stretton
Edwards & Angell, LLC
Three Stamford Plaza
301 Tresser Blvd.
Stamford, CT 06901

ANDREW B. BOWMAN