UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

*FILED*

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

*Nov 20 10:20AM '03*
*DISTRICT COURT*
*NEW HAVEN, CONN*

Wednesday November 19. 2003
2:00 p.m.


CASE NO. 3:03cv324 MRK    Coudert v Janney Montgomery Scott

Andrew B. Bowman
Law Offices Of Andrew Bowman
1804 Post Rd. East
Westport, CT 06880


John Gerard Stretton
Edwards & Angell
Three Stamford Plaza
301 Tresser Boulevard, 13th FL.
Stamford, CT 06901


Marc L. Zaken
Edwards & Angell
Three Stamford Plaza
301 Tresser Boulevard, 13th FL.
Stamford, CT 06901


STATUS CONFERENCE HELD

DATE: 11|19|03

17 min.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK