UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
MAR 2  3 11 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

CHERYL COUDERT,

   Plaintiff,

v.

JANNEY MONTGOMERY SCOTT, LLC,

   Defendant.

Docket No. 303 CV 0324 (MRK)

MARCH 1, 2004

## DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PRODUCTION REQUESTS

Pursuant to Local Rule 7(b), Defendant Janney Montgomery Scott, LLC hereby moves for an extension of time of thirty (30) days until and including April 5, 2004 to answer, object, or otherwise respond to the Plaintiff's first set of Production Requests issued pursuant to Subpoena dated February 5, 2004 to the keeper of records of Defendant JMS. Pursuant to Rule 30(b)(5), Defendant is to treat this Subpoena as a standard request for production pursuant to Rule 34. Defendant's counsel requires this additional time to review the requests, confer with Defendant, and compile responsive documents. This is the first request with respect to this time limitation. Plaintiff's counsel consents to this motion.

WHEREFORE, Defendant respectfully requests that its request for an extension of 30 days to respond to the foregoing document requests be granted.

THE DEFENDANT
JANNEY MONTGOMERY SCOTT, LLC
BY ITS ATTORNEYS,

_____
Marc L. Zaken (CT 03110)
mzaken@edwardsangell.com
John G. Stretton (CT 19902)
jstretton@edwardsangell.com
EDWARDS & ANGELL, LLP
Three Stamford Plaza
301 Tresser Boulevard
Stamford, CT 06901
(203) 353-6819

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion for Extension of Time to Respond to Production Requests was mailed via first class mail, postage prepaid to counsel for the Plaintiff, addressed as follows:

> Andrew B. Bowman, Esquire
> 1804 Post Road East
> Westport, CT 06880

This 1st day of March, 2004.

_____
John G. Stretton