UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
MAR 2  3 11 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

CHERYL COUDERT,      :
                     :
       Plaintiff,    :
                     :
    v.               :    Docket No. 303 CV 0324 (MRK)
                     :
JANNEY MONTGOMERY SCOTT, LLC,  :
                     :
       Defendant.    :    MARCH 1, 2004

**DEFENDANT'S MOTION FOR EXTENSION OF TIME
TO RESPOND TO PRODUCTION REQUESTS**

Pursuant to Local Rule 7(b), Defendant Janney Montgomery Scott, LLC hereby moves for an extension of time of thirty (30) days until and including April 5, 2004 to answer, object, or otherwise respond to the Plaintiff's first set of Production Requests issued pursuant to Subpoena dated February 5, 2004 to the keeper of records of Defendant JMS. Pursuant to Rule 30(b)(5), Defendant is to treat this Subpoena as a standard request for production pursuant to Rule 34. Defendant's counsel requires this additional time to review the requests, confer with Defendant, and compile responsive documents. This is the first request with respect to this time limitation. Plaintiff's counsel consents to this motion.

ORDERED ACCORDINGLY
KEVIN F. ROWE
Clerk, U.S. District Court
By_____
     Deputy Clerk