UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

March 4, 2004

10:00 a.m.

*Held 2 hours*

CASE NO. **3:03cv324 (MRK)**    **Coudert vs. Janney Montgomery Scott, LLC**

Andrew B. Bowman
Law Offices Of Andrew Bowman
1804 Post Rd. East
Westport, CT 06880

John Gerard Stretton
Edwards & Angell
Three Stamford Plaza
301 Tresser Boulevard, 13th FL.
Stamford, CT 06901

Marc L. Zaken
Edwards & Angell
Three Stamford Plaza
301 Tresser Boulevard, 13th FL.
Stamford, CT 06901

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK