UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHERYL COUDERT, | : | |
| Plaintiff, | : | |
| VS. | : | DOCKET NO: 3:03CV0324(MRK) |
| JANNEY MONTGOMERY SCOTT, LLC, | : | |
| Defendant | : | MARCH 2, 2004 |

**JOINT MOTION FOR EXTENSION OF TIME
OF SIXTY DAYS IN WHICH TO MEET
DEADLINE SET FORTH IN THE SCHEDULING
<u>ORDER DATED NOVEMBER 20, 2003</u>**

Plaintiff and defendant jointly move for an extension of time of sixty (60) days in which to complete discovery, to file dispositive motions and to file a Joint Trial Memorandum for the following reasons:

1. The parties are in the midst of discovery which has included service of interrogatories, requests for production and the taking of depositions. A settlement conference is scheduled for March 4, 2004 before U.S. Magistrate Judge Garfinkle.

2. Out of state depositions have been deferred until after Judge Garfinkle's settlement conference so that expenditures of legal fees could be minimized prior to an effort to resolve the case on March 4, 2004.

3. The parties will be able to complete outstanding discovery by May 14, 2004 which will include all out of state witnesses and the deposition of psychiatric experts.

4. If the Court should grant this joint request for extension of time in which to complete discovery, the parties request permission to file dispositive motions not later than 45 days from May 14, 2004 and the filing of a Joint Trial Memorandum within thirty (30) days of a ruling on dispositive motions.

5. There is good cause for the granting of this motion, since the parties have attempted to reconcile both their need for discovery with a good faith attempt to resolve the case before Magistrate Judge Garfinkle.

| | |
|---|---|
| THE PLAINTIFF,<br>CHERYL COUDERT | THE DEFENDANT,<br>JANNEY MONTGOMERY SCOTT, LLC |
| BY_____<br>ANDREW B. BOWMAN, ct00122<br>1804 Post Road East<br>Westport, CT 06880<br>(203) 259-0599<br>(203) 255-2570 (Fax) | BY_____<br>JOHN G. STRETTON, 19902<br>Edwards & Angell, LLC<br>Three Stamford Plaza<br>301 Tresser Blvd.<br>Stamford, CT 06901<br>(203) 975-7505<br>(800) 232-0862 (Fax) |

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was mailed, postage prepaid on this 2nd day of March, 2004 to:

John G. Stretton, Esq.
Edwards & Angell, LLC
Three Stamford Plaza
301 Tresser Blvd.
Stamford, CT 06901

_____
ANDREW B. BOWMAN