# United States District Court
# District of Connecticut

|  |  |
|---|---|
| Cheryl Coudert | : |
| *Plaintiff* | : |
| v. | : Case No. 3:03cv324(MRK) |
|  | : |
| Janney Montgomery Scott, LLC | : |
| *Defendant* | : |

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

\_\_\_\_  All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

\_\_\_\_  A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

**✖**  To supervise discovery and resolve discovery disputes (orefmisc./dscv.)

\_\_\_\_  A ruling on the following motions which are currently pending: (orefm.)
Doc#

\_\_\_\_  A settlement conference (orefmisc./cnf.)

\_\_\_\_  A conference to discuss the following: (orefmisc./cnf.)

\_\_\_\_  Other: (orefmisc./misc)


SO ORDERED this  10th  day of  March , 2004  at New Haven, Connecticut.


/s/          Mark R. Kravitz
UNITED STATES DISTRICT COURT JUDGE