UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CHERYL COUDERT,                          :

       Plaintiff,                        :

VS.                                      :        DOCKET NO: 3:03CV0324(MRK)

JANNEY MONTGOMERY SCOTT,                 :
LLC,

       Defendant              :        MAY 7, 2004

**JOINT MOTION FOR EXTENSION OF
TIME UNTIL JUNE 30, 2004 IN WHICH TO
MEET DEADLINE SET FORTH IN THE
<u>SCHEDULING ORDER DATED MARCH 26, 2004</u>**

      The plaintiff and defendant jointly move for an extension of time until June 30,

2004 in which to complete discovery and until August 15, 2004 to file dispositive

motions for the following reasons:

      1.  The parties are in the midst of discovery which has included service of

interrogatories, requests for production and the taking of depositions.

      2.  This extension is sought so that depositions of out-of-state witnesses and

experts can be taken.

3.   The parties will be able to complete outstanding discovery by June 30, 2004 which will include all out-of-state witnesses and the deposition of psychiatric experts.

4.   There is good cause for the granting of this motion since the parties have attempted to complete discovery in good faith and have not completed deposition testimony through no fault of either party.

THE PLAINTIFF,
CHERYL COUDERT


BY_____
   ANDREW B. BOWMAN, ct00122
   1804 Post Road East
   Westport, CT 06880
   (203) 259-0599
   (203) 255-2570 (Fax)
   e-mail: andrew.bowman@snet.net

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was mailed, postage prepaid on this 7TH day of May, 2004 to:

John G. Stretton, Esq.
Edwards & Angell, LLC
Three Stamford Plaza
301 Tresser Blvd.
Stamford, CT 06901

_____
ANDREW B. BOWMAN