UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHERYL COUDERT, | : | |
| Plaintiff, | : | |
| VS. | : | DOCKET NO: 3:03CV0324(MRK) |
| JANNEY MONTGOMERY SCOTT, LLC, | : | |
| Defendant | : | MAY 10, 2004 |

**MOTION FOR EXTENSION OF
TIME UNTIL JUNE 30, 2004 IN WHICH TO
MEET DEADLINE SET FORTH IN THE
<u>SCHEDULING ORDER DATED MARCH 26, 2004</u>**

The plaintiff moves for an extension of time until June 30, 2004 in which to complete discovery and until August 15, 2004 to file dispositive motions for the following reasons:

1. The defendant does not object to the filing of this motion.

2. The parties are in the midst of discovery which has included service of interrogatories, requests for production and the taking of depositions.

3. This extension is sought so that depositions of out-of-state witnesses and experts can be taken.

4. The parties will be able to complete outstanding discovery by June 30, 2004 which will include all out-of-state witnesses and the deposition of psychiatric experts.

5. There is good cause for the granting of this motion since the parties have attempted to complete discovery in good faith and have not completed deposition testimony through no fault of either party.

6. Counsel for defendant, John Stretton sent an e-mail on Friday, not viewed until Monday, May 10, 2004 stating that he did not want the motion to be framed as a consent motion. However, we have not completed discovery because the depositions that had been previously scheduled for Maryann Melchiorre, a JMS officer, and the Custodian of Records of defendant in Philadelphia had to be postponed and despite plaintiff's best efforts, a psychiatrist who treated her in 1997 did not cooperate for the production of records. We now have those records, and therefore the extension to complete outstanding discovery benefits both parties.

7. Since Mr. Stretton does not want the motion cast as a consent motion, I am forwarding herewith this motion which is styled differently, but the substance remains the same.

          THE PLAINTIFF,
          CHERYL COUDERT


BY_____
   ANDREW B. BOWMAN, ct00122
   1804 Post Road East
   Westport, CT 06880
   (203) 259-0599
   (203) 255-2570 (Fax)
   e-mail: andrew.bowman@snet.net

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid on this 10TH day of May, 2004 to:

John G. Stretton, Esq.
Edwards & Angell, LLC
Three Stamford Plaza
301 Tresser Blvd.
Stamford, CT 06901


_____
ANDREW B. BOWMAN