UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Cheryl Coudert, | : | |
| | : | |
| Plaintiff, | : | NO.   3:03cv324 (MRK) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| Janney Montgomery Scott, LLC, | : | |
| | : | |
| Defendant. | : | |

### ORDER

Plaintiff's Motion For Extension Of Time Until June 30, 2004 In Which To Meet Deadline Set Forth In The Scheduling Order Dated March 26, 2004 [doc. #25], dated May 10, 2004, is hereby GRANTED. The Joint Motion For Extension Of Time Until June 30, 2004 In Which To Meet Deadline Set Forth In The Scheduling Order Dated March 26, 2004 [doc. #24], dated May 7, 2004, is hereby DENIED as moot. The following modified schedule will govern:

1. **Discovery:** All discovery will be completed by **June 30, 2004**;

    **NOTE: All discovery issues should be resolved in good faith by counsel in accordance with their obligations to the Court under the Federal Rules of Civil Procedure and the District's Local Rules. Before filing any motion relating to discovery, the parties are required to jointly confer with the Court by telephone, 203-773-2022.**

2. **Dispositive Motions:** Dispositive motions, if any, including all motions to exclude testimony of experts pursuant to Fed. R. Evid. 702-05 and the *Daubert v. Merrill Dow Pharmaceuticals, Inc.,* 509 U.S. 579 (1993) line of cases shall be filed by **August 15, 2004**;

3. A telephonic status conference will be held on **July 20, 2004, at 8:30 a.m.** Plaintiff's

  counsel will initiate the conference call. The parties will file a joint status report (instructions attached) with the Clerk's Office no later than **July 13, 2004**.

4.  The Joint Trial Memorandum will be filed within 30 days of a ruling on any dispositive motions, or, if there are no dispositive motions, by **September 15, 2004**. The case will be trial ready immediately upon submission of the Joint Trial Memorandum.

**NO MODIFICATIONS OF THESE DEADLINES WILL BE GRANTED ABSENT A SHOWING OF GOOD CAUSE WHICH REQUIRES A PARTICULARIZED SHOWING THAT THE PARTY SEEKING THE EXTENSION HAS ACTED WITH DUE DILIGENCE AND THAT THE REASONS FOR THE MODIFICATION COULD NOT REASONABLY HAVE BEEN ANTICIPATED BY THE PARTIES.**

              IT IS SO ORDERED.

         /s/    Mark R. Kravitz
               U.S.D.J.

Dated at New Haven, Connecticut: <u>May 19, 2004</u>.

RE:     **CASE NO. 3:03CV324(MRK)**
------------------------------------------------------------------

TO:     **COUNSEL OF RECORD:**


------------------------------------------------------------------

On or before **July 13, 2004,**

THE PARTIES SHALL FILE WITH THE CLERK'S OFFICE [with certification copies sent to all counsel of record] AN ORIGINAL STATUS REPORT, STATING THE FOLLOWING:

    (a)  THE STATUS OF THE CASE, IDENTIFYING ANY PENDING MOTIONS, OR ANY CIRCUMSTANCES POTENTIALLY INTERFERING WITH THE PARTIES' COMPLIANCE WITH THE SCHEDULING ORDER;

    (b)  INTEREST IN REFERRAL FOR SETTLEMENT PURPOSES TO A UNITED STATES MAGISTRATE JUDGE OR TO THE DISTRICT`S SPECIAL MASTERS PROGRAM;

    (c)  WHETHER THE PARTIES WILL CONSENT TO A TRIAL BEFORE A MAGISTRATE JUDGE; AND

    (d)  THE ESTIMATED LENGTH OF TRIAL.

NO STATUS REPORTS WILL BE ACCEPTED VIA FACSIMILE.


                         BY ORDER OF THE COURT
                         KEVIN F. ROWE, CLERK