UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CHERYL COUDERT, :

    Plaintiff, :

VS. : DOCKET NO: 3:03CV0324(MRK)

JANNEY MONTGOMERY SCOTT, :
LLC,

    Defendant : JUNE 28, 2004

**MOTION FOR EXTENSION OF
TIME UNTIL AUGUST 31, 2004 IN WHICH TO
MEET DEADLINE SET FORTH IN THE
<u>SCHEDULING ORDER DATED MAY 19, 2004</u>**

The plaintiff moves for an extension of time until August 31, 2004 in which to complete discovery and until October 15, 2004 to file dispositive motions for the following reasons:

1. The defendant does not object to the filing of this motion.

2. Discovery has not been concluded, because of conflicting schedules among counsel and out-of-state witnesses.

3. The parties are attempting to take the necessary depositions so that discovery can be concluded, and all parties are working in good faith.

4. There is good cause for the granting of this motion, and the parties are using their best efforts to conclude discovery by August 31, 2004. This period of time will permit the parties to conclude all discovery without the necessity of filing an additional motion for extension of time.

For these reasons it is respectfully requested that an extension of time in which to complete discovery be granted until August 31, 2004 and that dispositive motions be filed not later than October 15, 2004.

THE PLAINTIFF,
CHERYL COUDERT

BY_____
ANDREW B. BOWMAN, ct00122
1804 Post Road East
Westport, CT 06880
(203) 259-0599
(203) 255-2570 (Fax)
e-mail: andrew.bowman@snet.net

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was mailed, postage prepaid on this 28th day of June, 2004 to:

John G. Stretton, Esq.
Edwards & Angell, LLC
Three Stamford Plaza
301 Tresser Blvd.
Stamford, CT 06901

_____
ANDREW B. BOWMAN