UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHERYL COUDERT, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Docket No. 303 CV 0324 (MRK) |
| | : | |
| JANNEY MONTGOMERY SCOTT, LLC, | : | |
| | : | |
| Defendant. | : | AUGUST 30, 2004 |

**UNOPPOSED MOTION FOR MODIFICATION
OF SCHEDULING ORDER**

Pursuant to Local Rule 9(b), Defendant Janney Montgomery Scott, LLC moves to modify the scheduling order applicable to this matter. The requested modification seeks to extend by approximately forty-five days the dispositive motion deadline until December 1, 2004. In support of this request, Defendant avers as follows:

1.  Plaintiff consents to the proposed modification;

2.  This is Defendant's second request to modify the scheduling order, the first of which was made jointly with Plaintiff on or about March 2, 2004;

3.  The present request to modify the scheduling order is necessary to allow Defendant time to prepare and file a dispositive motion in this matter. Due to previous scheduling order modifications sought be Plaintiff and granted by this court, the present dispositive motion deadline of October 15, 2004 conflicts with a number of other trial deadlines involving counsel for Defendant. These conflicts render the ability to comply with the present deadlines extraordinarily difficult. No prejudice should result to either party by changing the dispositive motion deadline until December 1, 2004.

- 2 -

WHEREFORE, Defendant Janney Montgomery Scott, LLC respectfully requests that the Court enter an order modifying the Scheduling Order in this action to reflect that the deadline for filing dispositive motions is now December 1, 2004.

        THE DEFENDANT
        JANNEY MONTGOMERY SCOTT, LLC
        BY ITS ATTORNEYS,

        _____
        Marc L. Zaken (CT 03110)
        mzaken@edwardsangell.com
        John G. Stretton (CT 19902)
        jstretton@edwardsangell.com
        EDWARDS & ANGELL, LLP
        Three Stamford Plaza
        301 Tresser Boulevard
        Stamford, CT 06901
        (203) 353-6819

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing UNOPPOSED MOTION FOR MODIFICATION OF SCHEDULING ORDER was mailed via first class mail, postage prepaid to counsel for the Plaintiff, addressed as follows:

Andrew B. Bowman, Esquire
1804 Post Road East
Westport, CT 06880

This 30th day of August, 2004.

_____
John G. Stretton