UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHERYL COUDERT, | : | |
| Plaintiff, | : | |
| VS. | : | DOCKET NO: 3:03CV0324(MRK) |
| JANNEY MONTGOMERY SCOTT, | : | |
| Defendant. | : | SEPTEMBER 30, 2004 |

### PLAINTIFF'S MOTION TO COMPEL

The plaintiff, Cheryl Coudert, moves pursuant to Rule 37 of the Federal Rules of Civil Procedure for an order compelling the defendant Janney Montgomery Scott, (JMS), Mary Ann Melchiorre, formerly vice president and Director of Human Resources of JMS, and Brenn Brennan to disclose and to permit disclosure by Brenn Brennan, of the facts and circumstances surrounding and underlying Ms. Brennan's claim of sex discrimination and harassment against Jack Engelskirger then manager of JMS's Darien office and JMS.

Because JMS, Engelskirger and Melchiorre have refused to provide plaintiff with this information, and Brennan has, individually and through counsel, represented that Brennan cannot testify or relate the circumstances surrounding her claim against

JMS and Engelskirger, because of the existence of a confidentiality agreement, plaintiff brings this motion to compel.

                                            THE PLAINTIFF, CHERYL COUDERT

                                            _____

                                            By: ANDREW B. BOWMAN ct00122
                                               1804 Post Road East
                                               Westport, CT 06880
                                               (203) 259-0599
                                               (203) 255-2570   (fax)
                                                Andrew.bowman@snet.net

## CERTIFICATION

This is to certify that a copy of the foregoing motion was mailed, postage prepaid and sent by facsimile transmission on this 1st day of October 2004 to:

John G. Stretton, Esq.
Edwards & Angell, LLC
Three Stamford Plaza
301 Tresser Blvd.
Stamford, CT 06901

_____
ANDREW B. BOWMAN