UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CHERYL COUDERT,                           :
                                          :
           Plaintiff,                     :
                                          :
      v.                                  :     Docket No. 303 CV 0324 (MRK)
                                          :
JANNEY MONTGOMERY SCOTT LLC,              :
                                          :
           Defendant.                     :     NOVEMBER 12, 2004

## DEFENDANT JANNEY MONTGOMERY SCOTT LLC'S
## MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule and Local Rule of Civil Procedure 56, Defendant Janney

Montgomery Scott LLC ("JMS") moves for summary judgment on all counts in Plaintiff Cheryl

Coudert's Complaint dated February 24, 2003.

In Counts One and Two, Plaintiff charges that her termination was the result of discrimination

based on her age and sex. Count One alleges age discrimination under the Age Discrimination in

Employment Act. Count Two alleges sex discrimination under Title VII.

Summary Judgment should enter in favor of JMS because Plaintiff was terminated for a

legitimate, nondiscriminatory reason: poor job performance. The undisputed evidence demonstrates that

Plaintiff ranked last among all brokers in the Fairfield, Connecticut office for the last five years she was

employed by JMS. Moreover, there is no evidence that could persuade a reasonable trier of fact that: (1)

JMS's legitimate, nondiscriminatory reason for terminating Plaintiff is untrue, a pretext for discrimination;

and (2) discrimination was in fact the true motivating force behind the decision to terminate Plaintiff.

In addition to the foregoing, the majority of the alleged circumstantial evidence JMS anticipates

that Plaintiff will attempt to rely on to support her claim of discrimination is time barred. For a charge of

discriminatory treatment to be timely raised, Plaintiff must file a charge of discrimination with Equal

**ORAL ARGUMENT REQUESTED**

Employment Opportunity Commission within 300 days of the alleged discriminatory act as a condition

precedent to commencing a civil action for age discrimination under the Age Discrimination in

Employment Act and for sex discrimination under Title VII.  Plaintiff filed her administrative charge of

discrimination on July 3, 2002.  Plaintiff is precluded from relying on any conduct occurring prior to

September 7, 2001, which is the 300th day preceding July 3, 2002, to support her claims of sex and age

discrimination.

WHEREFORE, based on the foregoing, as is more fully set forth in the accompanying

Memorandum of Law, Defendant Janney Montgomery Scott LLC respectfully requests that summary

judgment enter in its favor on all counts of Plaintiff's Complaint dated February 24, 2003.

RESPECTFULLY SUBMITTED

THE DEFENDANT
JANNEY MONTGOMERY SCOTT LLC
BY ITS ATTORNEYS,

Marc L. Zaken (CT 03110)
mzaken@edwardsangell.com
John G. Stretton (CT 19902)
jstretton@edwardsangell.com
EDWARDS & ANGELL, LLP
Three Stamford Plaza
301 Tresser Boulevard
Stamford, CT 06901
(203) 353-6819

NYC_184182_1.DOC/JSTRETTON

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion for Summary Judgment was mailed via first class mail, postage prepaid to counsel for the Plaintiff, addressed as follows:

       Andrew B. Bowman, Esquire
       1804 Post Road East
       Westport, CT 06880

this 12th day of November, 2004.

_____
John G. Stretton

- 3 -

NYC_184182_1.DOC/JSTRETTON