UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHERYL COUDERT, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Docket No. 303 CV 0324 (JBA) |
| : | |
| JANNEY MONTGOMERY SCOTT, LLC, : | |
| : | |
| Defendant. : | NOVEMBER 12, 2004 |

## DEFENDANT'S MOTION TO PRECLUDE EXPERT TESTIMONY OF DEBORAH LINK

Defendant Janney Montgomery Scott, LLC ("JMS"), by and through its attorneys, moves this Court for an order precluding Deborah Link ("Link") from testifying as an expert at trial. Plaintiff has not disclosed Link as an expert, and Link has not provided a complete expert report pursuant to Federal Rule of Civil Procedure 26(a)(2). Because experts may not testify as to legal conclusions, Link's testimony must be excluded on this basis as well.

A treating physician must comply with the requirements of Rule 26(a)(2) if he or she is to provide expert testimony. A treating physician's testimony qualifies as expert testimony subject to the requirements of Federal Rule of Civil Procedure 26(a)(2) when the treating physician offers expert testimony regarding causation. Plaintiff has not disclosed Link as an expert, nor has she submitted an expert report that complies with Federal Rule of Civil Procedure 26(a)(2). Plaintiff's expert should therefore be precluded from testifying.

In further support of its motion, Defendant submits herewith its Memorandum in Support of Defendant's Motion to Preclude Expert Testimony of Deborah Link.

WHEREFORE, JMS requests that the Court:

(1) order that Deborah Link be precluded from testifying as an expert testimony at trial; and

(2) order such other and further relief as it deems proper.

THE DEFENDANT
JANNEY MONTGOMERY SCOTT, LLC
BY ITS ATTORNEYS,

_____
Marc L. Zaken (CT 03110)
mzaken@edwardsangell.com
John G. Stretton (CT 19902)
jstretton@edwardsangell.com
EDWARDS & ANGELL, LLP
Three Stamford Plaza
301 Tresser Boulevard
Stamford, CT 06901
(203) 353-6819

## CERTIFICATE OF SERVICE

This is to certify that a copy of Defendant's Motion to Preclude Expert Testimony was mailed via first class mail, postage prepaid to counsel for the Plaintiff, addressed as follows:

Andrew B. Bowman, Esquire
1804 Post Road East
Westport, CT 06880

This ___12th___ day of November, 2004.

_____
John G. Stretton