UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHERYL COUDERT, | : | |
| Plaintiff, | : | |
| VS. | : | DOCKET NO: 3:03CV0324(MRK) |
| JANNEY MONTGOMERY SCOTT, LLC, | : | |
| Defendant | : | NOVEMBER 30, 2004 |

**PLAINTIFF'S MOTION FOR EXTENSION OF
TIME UNTIL DECEMBER 23, 2004 IN WHICH TO RESPOND
TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
AND DEFENDANT'S MOTION TO PRECLUDE EXPERT TESTIMONY**

The plaintiff Cheryl Coudert moves for an extension of time in which to respond to defendant's motion for summary judgment and motion to preclude expert testimony until December 23, 2004 for the following reasons:

1. This is the first motion for extension of time filed by the plaintiff with respect to defendant's motion for summary judgment and motion to preclude expert testimony.

2. This motion for extension of time is necessitated by the fact that counsel for plaintiff is responding to three other motions for summary judgment during the month of December as well as trial and hearing requirements.

3. John Stretton, counsel for the defendant, has represented today, that he has no objection to the granting of this motion for extension of time until December 23, 2004.

For these reasons it is respectfully requested that an extension of time in which to respond to defendant's motion for summary judgment and motion to preclude expert testimony be granted until December 23, 2004

                                                    THE PLAINTIFF,
                                                    CHERYL COUDERT


BY_____
  ANDREW B. BOWMAN, ct00122
  1804 Post Road East
  Westport, CT 06880
  (203) 259-0599
  (203) 255-2570 (Fax)
  e-mail: andrew.bowman@snet.net

2

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was mailed, postage prepaid on this 30th day of November, 2004 to:

John G. Stretton, Esq.
Edwards & Angell, LLC
Three Stamford Plaza
301 Tresser Blvd.
Stamford, CT 06901

_____
ANDREW B. BOWMAN