UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHERYL COUDERT, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Docket No. 303 CV 0324 (MRK) |
| | : |
| JANNEY MONTGOMERY SCOTT LLC, | : |
| | : |
| Defendant. | : DECEMBER 28, 2004 |

### DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEFS

Pursuant to Local Rule 9(b), Defendant Janney Montgomery Scott LLC ("JMS") hereby moves for a three-week extension of time until and including January 25, 2005 to file a reply to Plaintiff's Objection to Motion for Summary Judgment and Plaintiff's Objection to Motion to Preclude. Counsel for Plaintiff has no objection to the proposed extension.

Good cause exists to support the proposed extension. The undersigned, John G. Stretton, serves as the primary associate representing Defendant in this matter. On Monday, December 20, 2004, his wife delivered their second child and, as such, he will be out of the office until Monday January 3, 2005. This additional time will be necessary to afford Defendant's counsel time, upon his return, to review Plaintiff's Objections and, if necessary, prepare and file reply briefs while also attempting to meet numerous other deadlines in other cases that are set for January 2005.

This is the first such request for an extension to file reply briefs to Plaintiff's Objection to Motion for Summary Judgment and Plaintiff's Objection to Motion to Preclude. A trial date has not been assigned to this matter.

**ORAL ARGUMENT REQUESTED**                                    NYC_186068_1/JSTRETTON

- 2 -

WHEREFORE, the Defendant respectfully requests that this extension of time to file reply briefs be granted up to and including January 25, 2005.

RESPECTFULLY SUBMITTED

DEFENDANT
JANNEY MONTGOMERY SCOTT LLC
BY ITS ATTORNEYS,

*/s/ JStretton/kc*

Marc L. Zaken (CT 03110)
mzaken@edwardsangell.com
John G. Stretton (CT 19902)
jstretton@edwardsangell.com
EDWARDS & ANGELL, LLP
Three Stamford Plaza
301 Tresser Boulevard
Stamford, CT 06901
(203) 353-6819

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion for Extension of Time to File Reply Briefs was mailed via first class mail, postage prepaid to counsel for the Plaintiff, addressed as follows:

Andrew B. Bowman, Esquire
1804 Post Road East
Westport, CT 06880

this 28th day of December, 2004.

_____
John G. Stretton