UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | | |
|---|---|---|---|
| CHERYL COUDERT | : | | |
| Plaintiff | : | | |
| VS. | : | DOCKET NO: 3:03CV0324(MRK) USCA: 05-4200CV | |
| JANNEY MONTGOMERY SCOTT, LLC | : | | |
| Defendant | : | October 24, 2005 | |

### INDEX TO RECORD ON APPEAL

| DATE FILED | COURT DOCUMENT NO. | DOCUMENT NAME | DOCUMENT NO |
|---|---|---|---|
| 2/24/03 | 1 | Complaint | 1 |
| 5/6/03 | 3 | Answer | 2 |
| 10/1/04 | 35 | Motion | 3 |
| 10/1/04 | 36 | Memorandum | 4 |
| 10/1/04 | 37 | Memorandum | 5 |
| 10/08/04 | 38 | Ruling and Order | 6 |
| 11/15/04 | 39 | Motion | 7 |

| DATE FILED | COURT DOCUMENT NO. | DOCUMENT NAME | DOCUMENT NO |
|---|---|---|---|
| 11/15/04 | 40 | Memorandum | 8 |
| 11/15/04 | 41 | Exhibits | 9 |
| 11/15/04 | 42 | Statement of Material Facts | 10 |
| 11/15/04 | 43 | Motion | 11 |
| 11/15/04 | 44 | Memorandum | 12 |
| 12/21/04 | 47 | Memorandum | 13 |
| 12/21/04 | 48 | Statement of Material Facts | 14 |
| 12/21/04 | 49 | Affidavit | 15 |
| 12/21/04 | 50 | Memorandum | 16 |
| 12/21/04 | 51 | Exhibits | 17 |
| 1/24/05 | 55 | Reply | 18 |
| 1/24/05 | 56 | Reply | 19 |
| 2/4/05 | 57 | Order | 20 |
| 2/23/05 | 58 | Minute Entry | 21 |
| 3/31/05 | 59 | Supplemental Memorandum | 22 |

| DATE FILED | COURT DOCUMENT NO. | DOCUMENT NAME | DOCUMENT NO |
|---|---|---|---|
| 3/31/05 | 60 | Supplemental Memorandum | 23 |
| 7/01/05 | 61 | Memorandum of Decision | 24 |
| 7/12/05 | 62 | Judgment | 25 |
| 7/29/05 | 63 | Notice of Appeal | 26 |