UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

**FILED**
2006 APR 10 P 3: 22

Roseann B. MacKechnie
CLERK

*[Seal: UNITED STATES COURT OF APPEALS FILED APR - 3 2006 Roseann B. MacKechnie, Clerk SECOND CIRCUIT]*

Date:                3/3/06
Docket Number:       05-4200-cv
Short Title:         Coudert v. Janney Montgomery
DC Docket Number:    03-cv-324
DC:                  DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge:            Honorable Mark Kravitz

## ITEMIZED AND VERIFIED BILL OF COSTS

Counsel for __Defendant Janney Montgomery Scott, LLC__
respectfully submits, pursuant to Rule 39 (c) of the Federal Rules of Appellate Procedure the within bill of costs and requests the Clerk to prepare and itemized statement of costs taxed against the
__Plaintiff Cheryl Coudert__
and in favor of __Defendant Janney Montgomery Scott, LLC__
for insertion in the mandate.

Docketing Action                                    _____

Costs of printing appendix (necessary copies _____)  _____

Costs of printing brief (necessary copies _____)     _____

Costs of printing reply brief (necessary copies __6__) __119.06__

(VERIFICATION HERE)
Sworn and subscribed to me before
this 10th day of March 2006.

*Karen J Chapman*

**KAREN J. CHAPMAN**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES JAN. 31, 2009

Signature: *[signature]*

STATEMENT OF COSTS
Taxed in the amount of $ __119.06__ in favor of __Appellee__

APR - 3 2006
Date

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk

*Tracy W. Young*
Tracy W. Young, Motions Staff Attorney

**A TRUE COPY**
Roseann B. MacKechnie, Clerk
by _____
DEPUTY CLERK

CERTIFIED:  APR - 3 2006

13013

7064    1/13    Page 1 of

# INVOICE

**IKON Document Efficiency At Work**

IKON Office Solutions - Stamford, CT
Phone: (203) 969-7750     Fax: (203) 969-7609
Federal ID: 230334400

| | |
|---|---|
| Invoice # | STA05120182 |
| Invoice Date: | 12/21/2005 |
| Due Date: | 12/31/2005 |
| Terms: | Net 10 Days |
| Customer Code: | STA-EDWA |
| Natl ID: | 53112 |

**SOLD TO:**
EDWARDS & ANGELL
THREE STAMFORD PLAZA
301 TRESSER BLVD.
STAMFORD, CT 06901

Price using: STANDARD Price

**SHIP TO:**
EDWARDS & ANGELL
THREE STAMFORD PLAZA
301 TRESSER BLVD.
STAMFORD, CT 06901
Attn: KAREN CHAPMAN

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 49278.0001 | | | Martin Carl |

| Salesorder | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| SO-0512-0176 | 12/20/2005 | KAREN CHAPMAN - EDWARDS & ANGELL | | | |
| | | Binds - Velo | 18.00 | 2.500 | 45.00 |
| | | B&W Copies B - Light Litigation | 612.00 | 0.110 | 67.32 |

Office Charges: G/L # _49278.0001_
Incurring Employee ID # _M. ZAKEN_

Office: (Circle One)
PRV  BOS  HFD  NJ  NY  WPB  FTL  **STM**
Office Overhead:     OFUN  FMUN
OR
Practice Group: _____
Approved by: _[signature]_ Date: _12/27/05_
Add'l Approval: _____ Date: _____

Please submit this copy directly to
your AP department for payment
Thank you

**Please Pay From This Invoice**

Your signature below is an agreement that the above described work has been authorized and received. The party above assures payment of this invoice within 10 days. Interest at the rate of the lesser 1.5% per month or the maximum legal rate will be charged on invoices not paid in 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 112.32 |
| Sales Tax: | 6.74 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT** | **119.06** |

Received and Approved by: _[signature]_   Date: _____

Please pay from this copy. The party named on this bill is held responsible for payment.

**Payment From:**
EDWARDS & ANGELL
THREE STAMFORD PLAZA
301 TRESSER BLVD.
STAMFORD, CT 06901

Amount Enclosed $ _____

Invoice: STA05120182
Invoice Date: 12/21/2005
Due Date: 12/31/2005
Customer Code: STA-EDWA
Natl ID: 53112

Please Remit To:
IKON Office Solutions
Northeast District - STA
P O Box 827164
Philadelphia, PA 19182-7164

PAY THIS AMOUNT   $ 119.06

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Itemized and Verified Bill of Costs was mailed via first class mail, postage prepaid to counsel for the Plaintiff, addressed as follows:

Andrew B. Bowman, Esquire
1804 Post Road East
Westport, CT 06880

this 10th day of March, 2006.

*/s/ Stretton/ke*
John G. Stretton

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

Roseann B. MacKechnie
CLERK

FILED
2006 APR
U.S.

[Stamp: FILED APR - 3 2006 UNITED STATES COURT OF APPEALS SECOND CIRCUIT Roseann B. MacKechnie, Clerk]

Date:                3/3/06
Docket Number:       05-4200-cv
Short Title:         Coudert v. Janney Montgomery
DC Docket Number:    03-cv-324
DC:                  DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge:            Honorable Mark Kravitz

## ITEMIZED AND VERIFIED BILL OF COSTS

Counsel for   Defendant Janney Montgomery Scott, LLC
respectfully submits, pursuant to Rule 39 (c) of the Federal Rules of Appellate Procedure the within bill of costs and requests the Clerk to prepare and itemized statement of costs taxed against the
 Plaintiff Cheryl Coudert
and in favor of   Defendant Janney Montgomery Scott, LLC
for insertion in the mandate.

Docketing Action

Costs of printing appendix (necessary copies _____)

Costs of printing brief (necessary copies _____)

Costs of printing reply brief (necessary copies    6        )         119.06

(VERIFICATION HERE)
Sworn and subscribed to me before
this 10th day of March 2006.
          Karen J Chapman

KAREN J. CHAPMAN
NOTARY PUBLIC
MY COMMISSION EXPIRES JAN. 31, 2009

Signature

STATEMENT OF COSTS
Taxed in the amount of $    119.06    in favor of
              Appellee
FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk
APR - 3 2006
Date
              Tracy W. Young
Tracy W. Young, Motions Staff Attorney

THE CERTIFIED ( ) ORDER ( ) NOTICE
[X] STATEMENT OF COST,
HAS BEEN RECEIVED,

BY:            DATE:

12012

7064

1/12  Page 1 of

# IKON Document Efficiency At Work.™

# INVOICE

IKON Office Solutions - Stamford, CT
Phone: (203) 969-7750    Fax: (203) 969-7609
Federal ID: 230334400

| | |
|---|---|
| Invoice # | STA05120182 |
| Invoice Date: | 12/21/2005 |
| Due Date: | 12/31/2005 |
| Terms: | Net 10 Days |
| Customer Code: | STA-EDWA |
| Natl ID: | 53112 |

SOLD TO:
**EDWARDS & ANGELL**
THREE STAMFORD PLAZA
301 TRESSER BLVD.
STAMFORD, CT 06901

SHIP TO:
**EDWARDS & ANGELL**
THREE STAMFORD PLAZA
301 TRESSER BLVD.
STAMFORD, CT 06901
Attn: KAREN CHAPMAN

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 49278.0001 | | | Martin Carl |

| Salesorder | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| SO-0512-0176 | 12/20/2005 | KAREN CHAPMAN - EDWARDS & ANGELL | | | |
| | | Binds - Velo | 18.00 | 2.500 | 45.00 |
| | | B&W Copies B - Light Litigation | 612.00 | 0.110 | 67.32 |

Office Charges: G/L # _49278.0001_
Incurring Employee ID # _M. ZAKEN_

Office: (Circle One)
PRV  BOS  HFD  NJ  NY  WPB  **FTL**  **STM**

Office Overhead:    OFUN    FMUN
            OR
Practice Group: _____

Approved by: _[signature]_   Date: _[date]_
Add'l Approval: _____    Date: _____

Please submit this copy directly to
your AP department for payment
Thank you

**Please Pay From This Invoice**

Your signature below is an agreement that the above described work has been authorized and received. The party above assures payment of this invoice within 10 days. Interest at the rate of the lesser 1.5% per month or the maximum legal rate will be charged on invoices not paid in 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 112.32 |
| Sales Tax: | 6.74 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT** | **119.06** |

Received and Approved by: _[signature]_    Date: _____

Please pay from this copy. The party named on this bill is held responsible for payment.

Payment From:
EDWARDS & ANGELL
THREE STAMFORD PLAZA
301 TRESSER BLVD.
STAMFORD, CT 06901

Amount Enclosed
$

Invoice: STA05120182
Invoice Date: 12/21/2005
Due Date: 12/31/2005
Customer Code: STA-EDWA
Natl ID: 53112

Please Remit To:
IKON Office Solutions
Northeast District - STA
P O Box 827164
Philadelphia, PA 19182-7164

PAY THIS
AMOUNT   $  119.06

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Itemized and Verified Bill of Costs was mailed via first class mail, postage prepaid to counsel for the Plaintiff, addressed as follows:

Andrew B. Bowman, Esquire
1804 Post Road East
Westport, CT 06880

this 10th day of March, 2006.

*/s/ Stretton/ke*
John G. Stretton